IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK CARDIOLOGY CLINIC, P.A.                                    PLAINTIFF

V.                              NO. 4:06CV01594 JLH

BAPTIST HEALTH                                                          DEFENDANT

## ORDER

This case was filed November 2, 2006, and was assigned to Chief United States District Judge J. Leon Holmes, with Magistrate Judge Jerry W. Cavaneau designated for any referrals. For the reasons stated below, the Clerk is directed to continue the case assignment to Judge Holmes, but to redraw, by chip exchange, the Magistrate Judge assignment.

There is conflict on both sides due to my being a patient of Little Rock Cardiology and employment of a relative by Baptist Health.

IT IS SO ORDERED this 11th day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE