IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK CARDIOLOGY CLINIC, P.A.                                    PLAINTIFF

vs                              CASE NO. 4:06cv01594 JLH

BAPTIST HEALTH                                                         DEFENDANT

ORDER OF TRANSFER

The above styled case is assigned to the docket of Chief Judge J. Leon Holmes.

**The case will remain assigned to Chief Judge Holmes, and any referrals or consent to proceed before a Magistrate Judge will be reassigned to Magistrate Judge Henry L. Jones Jr.  by chip exchange** (BW) due to Judge Cavaneau's recusal because of  being a patient of the Little Rock Cardiology Clinic and employment of a relative by Baptist Health.

DATED THIS 13th day of December, 2006.

AT THE DIRECTION OF THE COURT

JAMES W. McCORMACK
CLERK OF COURT


By     /s/ Betty Tyree
            Deputy Clerk


cc: Judge Holmes
    Magistrate Judges Cavaneau & Jones
    CRDs Cory, Betty & Tenesha