IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| **LITTLE ROCK CARDIOLOGY CLINIC, P.A., et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4-06-cv-1594-JLH |
| **BAPTIST HEALTH,** | ) ) ) | |
| Defendant. | ) | |

## BAPTIST HEALTH'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Fed. R. Civ. P. 12(b)(6), Baptist Health respectfully moves this Court for an order dismissing the Amended Complaint in this action with prejudice because the Amended Complaint fails to state a claim upon which relief can be granted. The grounds for the motion are that:

1. Baptist Health is not a participant in the relevant market alleged by Plaintiffs and thus, as a matter of law, cannot monopolize, attempt to monopolize, or conspire to monopolize that market.

2. Plaintiffs fail to allege any facts to support their conclusion that the alleged conspiracy between Baptist Health and Blue Cross and Blue Shield of Arkansas would unreasonably restrain competition in the relevant market they allege.

3. Plaintiffs' claim for damages is barred by the statute of limitations.

In support of this motion, Baptist Health submits the accompanying memorandum of law, which it incorporates herein by reference.

John J. Miles
William E. Berlin
Christi J. Braun
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
1401 H Street, N.W., Suite 500
Washington, D.C. 20005
(202) 408-8400
FAX: (202) 408-0640

and

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442

By_____
   Gordon S. Rather, Jr. (68054)
   Judy Simmons Henry (84069)
   Troy A. Price (88010)
   Michelle M. Kaemmerling (2001227)
   Attorneys for Defendant Baptist Health

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

- Bryan G. Kolton – bgkolton@thejacobslawfirm.com
- Janet L. Pulliam - jpulliam@willliamsanderson.com
- John C. Everett – joh@everettfirm.com
- John G. Jacobs – jgjacobs@thejacobslawfirm.com
- Terry M. Gordon – tgordon@tgordonlaw.com
- Benjamin David Brenner – bbrenner@williamsanderson.com

_____
Gordon S. Rather, Jr.