IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK CARDIOLOGY CLINIC, P.A., et al .**                     **PLAINTIFFS**

VS.                              NO. 4-06-CV-1594-JLH

**BAPTIST HEALTH**                                                   **DEFENDANT**

MOTION FOR EXTENSION OF TIME

The Plaintiffs, by and through their attorneys, Williams & Anderson PLC, for their Motion for Extension of Time to respond to the Defendant's Motion to Dismiss, state as follows:

1. Defendant moved to dismiss the above-captioned action for failure to state a claim on December 15, 2006. See D.Ct.Dkt. 30 (Motion to Dismiss) and D.Ct.Dkt. 31 (Brief in Support of Motion to Dismiss).

2. Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 7.2 of the Local Rules for the United States District Court for the Eastern and Western Districts of Arkansas, (hereinafter, "Local Rule __") the Plaintiffs' Response to the Defendant's Motion to Dismiss is due on December 27, 2006.

3. Pursuant to Local Rule 7.2(b) the Court may lengthen the Plaintiff's time for responding to the Defendant's motion upon a showing of good cause.

4. The Plaintiffs' respectfully submit that good cause exists for the requested extension of time for the following reasons:

   a. The time to respond overlaps with the Christmas holidays and season, during which many law offices, including those of Plaintiffs' counsel, will be

either closed or running on a skeleton crew.  Further, because of previously scheduled staff and attorney vacations and the New Year's Day holiday, the law offices of Plaintiffs' counsel will not return to full staffing until the second week of January 2007.

      b.     Lead counsel for the Plaintiffs has rented a house in Crested Butte, Colorado, for the week of December 30, 2006, through January 8, 2007, for the purpose of sharing a family vacation.  This vacation has been paid for and scheduled for approximately one year.

    5.     Plaintiff recognizes that Local Rule 6.2 allows the parties to agree to an extension of time up to and including January 11, 2007.  However, the issues stated above necessitate an extension in excess of the 15 days permitted without court intervention under Local Rule 6.2.  However, the Plaintiffs' seek the Court's approval of an extension of an additional week up to and including January 18, 2007.

    6.     Undersigned counsel for the Plaintiff has contacted counsel for the Defendant, Gordon Rather of Wright Lindsey & Jennings in Little Rock, Arkansas, regarding this request for an extension of time and is informed and authorized to represent to the Court that the Defendant consents and does not object to the requested extension.

    7.     This request is submitted in good faith and not for reasons of delay.  The requested extension will not prejudice any party to these proceedings and will not result in unreasonable or unnecessary delay in these proceedings.

    WHEREFORE, the Plaintiffs respectfully submit that this Motion is supported by good cause and should be granted, and respectfully request that the Court enter an Order

extending the time for the Plaintiffs to respond to the Defendant's Motion to Dismiss up to and including January 18, 2007.

        Respectfully Submitted,

        Williams & Anderson PLC
        Twenty-Second Floor
        111 Center Street
        Little Rock, Arkansas 72201
        Telephone: (501) 372-0800
        Fax: (501) 372-8632 (fax)
        Janet L. Pulliam, AR Bar No. 79233
        jpulliam@williamsanderson.com

        By: /s/ Benjamin D. Brenner
        Benjamin D. Brenner, AR Bar No. 2004172
        bbrenner@williamsanderson.com

        John G. Jacobs (*Pro Hac Vice*)
        Bryan G. Kolton (*Pro Hac Vice*)
        The Jacobs Law Firm, Chtd.
        122 South Michigan Avenue
        Suite 1850
        Chicago, Illinois 60603
        Telephone:  (312) 427-4000
        Fax:  (312) 427-1850

        John Everett, #70022
        Everett Law Firm
        P.O. Box 8370
        Fayetteville, Arkansas 72703
        Telephone:  (479) 443-0292
        Fax:  (479) 443-0564

        Terry M. Gordon (*ProHac Vice)*
        Law Offices of Terry M. Gordon
        3 Harbor Drive, Suite 317
        Sausalito, CA  94965
        Telephone:  (415) 331-3601
        Fax: (415) 331-1225

        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

- Gordon S. Rather, Jr. – grather@wlj.com
- Judy Simmons Henry – jhenry@wlj.com
- Troy A. Price – tprice@wlj.com
- Michelle M. Kaemmerling – mkaemmerling@wlj.com
- John J. Miles – jjmiles@ober.com
- William E. Berlin – weberlin@ober.com
- Christi J. Braun – cjbraun@ober.com

                                                      __/s/ Benjamin D. Brenner__
                                                         Benjamin D. Brennner