**UNITED STATES DISTRICT COURT**
**Eastern District of Arkansas**
**U.S. Court House**
**600 West Capitol, Suite 402**
**Little Rock, Arkansas 72201-3325**

**\* \* MAILING CERTIFICATE OF CLERK \* \***

Re: 4:06-cv-1594

True and correct copies of document # **34** along with a copy of the NEF were mailed by the clerk to the following on 12/20/2006

John J. Miles
Ober, Kaler, Grimes & Shriver
1401 H Street, N.W.
Suite 500
Washington, DC 20005-3324

**You chose to print mailing labels.**

**Preparing documents for the printer: dktng-820...**

request id is dktng-820-102980 (1 file(s))
request id is dktng-820-102981 (1 file(s))
request id is dktng-820-102982 (1 file(s))