IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK CARDIOLOGY CLINIC, P.A.,**            **PLAINTIFFS**
**BRUCE E. MURPHY, M.D.P.A,**
**SCOTT L. BEAU, M.D.P.A,**
**DAVID C. BAUMAN, M.D.P.A,**
**D. ANDREW HENRY, M.D.P.A,**
**DAVID M. MEGO, M.D.P.A, DR. PAULO RIBEIRO, M.D., P.A. and**
**WILLIAM A. ROLLEFSON, M.D.P.A.**

VS.            NO. 4-06-cv-1594-JLH

**BAPTIST HEALTH**            **DEFENDANT**

### PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

The Plaintiffs, by their undersigned counsel, for their response in opposition to Defendant Baptist Health's Motion to Dismiss for Failure to State a Claim, state:

1. Plaintiffs deny the allegations in paragraph 1 of the Defendant's Motion to Dismiss.

2. Plaintiffs deny the allegations in paragraph 2 of the Defendant's Motion to Dismiss.

3. Plaintiffs deny the allegations in paragraph 3 of the Defendant's Motion to Dismiss.

4. This response in opposition is based on the accompanying Brief in Support, filed contemporaneously herewith and incorporated by reference, the records

and files of the Court in this matter, and such further briefing and argument as the Court shall receive in connection with or at any hearing on the Defendant's Motion to Dismiss.

WHEREFORE, the Plaintiffs respectfully request that the Defendant's Motion to Dismiss must be denied, and request that the Court issue an order denying the Defendant's Motion and granting the Plaintiffs all further relief to which they are entitled and which the Court deems just and proper.

Respectfully submitted,

Williams & Anderson PLC
111 Center Street, 22nd Floor
Little Rock, Arkansas 72201
Telephone: (501) 372-0800
Fax: (501) 372-8632

By: /s/ Janet L. Pulliam
Janet L. Pulliam AR Bar No. 79233
*jpulliam@williamsanderson.com*
Benjamin D. Brenner AR Bar No. 2004172
*bbrenner@williamsanderson.com*

John G. Jacobs (*Pro Hac Vice*)
*jgjacobs@thejacobslawfirm.com*
Bryan G. Kolton (*Pro Hac Vice*)
*bgkolton@thejacobslawfirm.com*
The Jacobs Law Firm, Chtd.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Fax: (312) 427-1850

John Everett, AR Bar No. 70022
*john@everettfirm.com*
Everett Law Firm
P.O. Box 8370
Fayetteville, Arkansas 72703
Telephone: (479) 443-0292
Fax: (479) 443-0564

Terry M. Gordon (*Pro Hac Vice*)
*tgordon@tgordonlaw.com*
Law Offices of Terry M. Gordon
3 Harbor Drive, Suite 317
Sausalito, California 94965
Telephone: (415) 331-3601
Fax: (415) 331-1225

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

- **William E. Berlin, Esq.**
  *weberlin@ober.com*
- **Christi J. Braun, Esq.**
  *cjbraun@ober.com*
- **Judy Simmons Henry, Esq.**
  *jhenry@wlj.com*; *twilliams@wlj.com*; *kkeathley@wlj.com*; *whoover@wlj.com*
- **Michelle Marie Kaemmerling, Esq.**
  *mkaemmerling@wlj.com*; *tking@wlj.com*; *kwildschuetz@wlj.com*
- **John J. Miles, Esq.**
  *jjmiles@ober.com*
- **Troy A. Price, Esq.**
  *tprice@wlj.com*; *charris@wlj.com*; *tking@wlj.com*; *troy72227@sbcglobal.net*
- **Gordon S. Rather, Jr., Esq.**
  *grather@wlj.com*; *ngriffith@wlj.com*; *tking@wlj.com*

/s/ Janet L. Pulliam