IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK CARDIOLOGY CLINIC, P.A., et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 4-06-cv-1594-JLH |
| BAPTIST HEALTH, | )<br>)<br>) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME

Defendant Baptist Health, for its motion for extension of time to file a reply brief in support of defendant's motion to dismiss, states:

1. On January 18, 2007, plaintiffs filed their response and brief in opposition to defendant's motion to dismiss the complaint.

2. Although counsel is working diligently, additional time is needed to prepare a reply brief in support of the motion to dismiss. Therefore, defendants request that they be given up to and including February 5, 2007, in which to file a reply.

3. Counsel for defendants has contacted counsel for the plaintiffs regarding the requested extension of time and does not anticipate there being any objection.

WHEREFORE, defendant Baptist Health prays that this Court grant its motion for extension of time and award all other appropriate relief.

680548

John J. Miles
William E. Berlin
Christi J. Braun
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
1401 H Street, N.W., Suite 500
Washington, D.C. 20005
(202) 408-8400
FAX: (202) 408-0640

and

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442


By *Michelle Kaemmerling*
Gordon S. Rather, Jr. (68054)
Judy Simmons Henry (84069)
Troy A. Price (88010)
Michelle M. Kaemmerling (2001227)
Attorneys for Defendant Baptist Health

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

- Bryan G. Kolton – bgkolton@thejacobslawfirm.com
- Janet L. Pulliam - jpulliam@willliamsanderson.com
- John C. Everett – joh@everettfirm.com
- John G. Jacobs – jgjacobs@thejacobslawfirm.com
- Terry M. Gordon – tgordon@tgordonlaw.com
- Benjamin David Brenner – bbrenner@williamsanderson.com

*Michelle M. Kaemmerling*
Michelle M. Kaemmerling

680548