# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LITTLE ROCK CARDIOLOGY CLINIC, P.A., *et al.*                                    PLAINTIFFS

v.                                        NO. 4:06CV01594 JLH

BAPTIST HEALTH                                                                    DEFENDANT

## ORDER

Baptist Health has moved to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The motion to dismiss asserts, first, that Baptist Health cannot monopolize, attempt to monopolize, or conspire to monopolize a relevant market in which it does not compete and, second, that the claims are barred by the statute of limitations. Little Rock Cardiology Clinic responds that it has never alleged that the relevant market was one in which Baptist Health did not compete and that because it has alleged a continuing violation the statute of limitations is not a bar. Baptist Health replies that Little Rock Cardiology Clinic has not adequately alleged that it and Baptist Health compete in the same market and has not adequately alleged a continuing violation.

A complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts that would entitle him to relief. *Schaller Telephone Co. v. Golden Sky Systems, Inc.*, 298 F.3d 736, 740 (8th Cir. 2002). All factual allegations in the complaint must be accepted as true and viewed in the light most favorable to the plaintiff. *Id*. However, the complaint must contain facts, as distinct from conclusions, which state a claim as a matter of law. *Briehl v. General Motors Corp.*, 172 F.3d 623, 627 (8th Cir. 1999). A complaint is sufficiently specific if it gives fair notice of the plaintiff's claims. *Stone Motor Co. v. General*

*Motors Corp.*, 293 F.3d 456, 465 (8th Cir. 2002); *Bennett v. Berg*, 685 F.2d 1053, 1058 (8th Cir. 1982).

In reviewing the complaint, the Court cannot say that it is impossible for Little Rock Cardiology Clinic to prove any set of facts that would entitle it to relief. The allegations are sufficiently specific to give Baptist Health fair notice of the nature of Little Rock Cardiology Clinic's claims. Whether, after discovery, there will be a genuine issue of material fact and whether Baptist Health will be entitled to judgment as a matter of law are not issues presently before the Court. The motion to dismiss is DENIED. Document #30.

IT IS SO ORDERED this 8th day of February, 2007.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE