IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **LITTLE ROCK CARDIOLOGY CLINIC, P.A.,** | **PLAINTIFFS** |
| **DR. BRUCE E. MURPHY and BRUCE E. MURPHY, M.D.P.A,** | |
| **DR. SCOTT L. BEAU and SCOTT L. BEAU, M.D.P.A,** | |
| **DR. DAVID C. BAUMAN and DAVID C. BAUMAN, M.D.P.A,** | |
| **DR. D. ANDREW HENRY and D. ANDREW HENRY, M.D.P.A,** | |
| **DR. DAVID M. MEGO and DAVID M. MEGO, M.D.P.A,** | |
| **DR. PAULO RIBEIRO and PAULO RIBEIRO, M.D, P.A.,** | |
| **DR. WILLIAM A. ROLLEFSON and WILLIAM A. ROLLEFSON, M.D.P.A.** | |

v.        No. 4:06-CV-1594 JLH

**BAPTIST HEALTH, ARKANSAS BLUE CROSS AND**        **DEFENDANTS**
**BLUE SHIELD, USABLE CORPORATION,**
**BAPTIST MEDICAL SYSTEM HMO, INC., and**
**HMO PARTNERS, INC.**

## ORDER

Upon motion of local counsel for defendants Arkansas Blue Cross and Blue Shield, USAble Corporation, and HMO Partners, Inc., filed in this case as Document 108, IT IS ORDERED that Robert E. Bloch, with the law firm of Mayer Brown LLP, 1909 K Street NW, Washington, DC 20006, telephone number 202-263-3000, e-mail address rbloch@mayerbrown.com, is admitted pro hac vice to the bar of this Court for the limited purpose of participating in this case.

_____
UNITED STATES DISTRICT JUDGE
Date: December 27, 2007

SUBMITTED BY:
SHULTS LAW FIRM, LLP
200 West Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201-3637
(501) 375-2301

By:___/s/ Steven Shults_____
     Steven Shults
     Ark. Bar No. 78139
     Debra Brown
     Ark. Bar No. 80068
*Attorneys for Defendants Arkansas Blue Cross*
*and Blue Shield, USAble Corporation, and*
*HMO Partners, Inc.*