IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK CARDIOLOGY CLINIC, P.A.,**                        **PLAINTIFFS**
**DR. BRUCE E. MURPHY and BRUCE E. MURPHY, M.D.P.A,**
**DR. SCOTT L. BEAU and SCOTT L. BEAU, M.D.P.A,**
**DR. DAVID C. BAUMAN and DAVID C. BAUMAN, M.D.P.A,**
**DR. D. ANDREW HENRY and D. ANDREW HENRY, M.D.P.A,**
**DR. DAVID M. MEGO and DAVID M. MEGO, M.D.P.A,**
**DR. PAULO RIBEIRO and PAULO RIBEIRO, M.D, P.A.,**
**DR. WILLIAM A. ROLLEFSON and WILLIAM A. ROLLEFSON, M.D.P.A.**

v.                      No. 4:06-CV-1594 JLH

**BAPTIST HEALTH, ARKANSAS BLUE CROSS AND**               **DEFENDANTS**
**BLUE SHIELD, USABLE CORPORATION,**
**BAPTIST MEDICAL SYSTEM HMO, INC., and**
**HMO PARTNERS, INC.**

## ORDER

Upon motion of local counsel for defendant filed in this case as Document 106, IT IS ORDERED that Mitchell D. Raup, with the law firm of Mayer Brown LLP, 1909 K Street NW, Washington, DC 20006, telephone number 202-263-3000, e-mail address mraup@mayerbrown.com, is admitted pro hac vice to the bar of this Court for the limited purpose of participating in this case.

                                             _____
                                             UNITED STATES DISTRICT JUDGE

SUBMITTED BY:                              Date: December 27, 2007
SHULTS LAW FIRM, LLP
200 West Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201-3637
(501) 375-2301


By: /s/ Steven Shults
       Steven Shults
       Ark. Bar No. 78139
       Debra Brown
       Ark. Bar No. 80068
*Attorneys for Defendants Arkansas Blue Cross*
*and Blue Shield, USAble Corporation, and*
*HMO Partners, Inc.*