IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK CARDIOLOGY CLINIC, P.A., *et al.*          PLAINTIFFS

v.          NO. 4:06CV01594 JLH

BAPTIST HEALTH; ARKANSAS BLUE
CROSS AND BLUE SHIELD; USABLE
CORPORATION; BAPTIST MEDICAL
SYSTEM HMO, INC.; and HMO PARTNERS, INC.          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the third amended complaint is dismissed with prejudice.

IT IS SO ORDERED this 29th day of August, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE