IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK CARDIOLOGY CLINIC, P.A.,
DR. BRUCE E. MURPHY and BRUCE E. MURPHY, M.D.P.A.,
DR. SCOTT L. BEAU and SCOTT L. BEAU, M.D.P.A.,
DR. DAVID C. BAUMAN and DAVID C. BAUMAN, M.D.P.A.,
DR. D. ANDREW HENRY and D. ANDREW HENRY, M.D.P.A.,
DR. DAVID M. MEGO and DAVID M. MEGO, M.D.P.A.,
DR. PAULO RIBEIRO and PAULO RIBEIRO, M.D.P.A., and
DR. WILLIAM A. ROLLEFSON and
WILLIAM A. ROLLEFSON, M.D.P.A.                                    PLAINTIFFS

vs.                              No. 4-06-cv-1594-JLH

BAPTIST HEALTH, ARKANSAS BLUE CROSS
AND BLUE SHIELD, USABLE CORPORATION,
BAPTIST MEDICAL SYSTEM HMO, INC.,
and HMO PARTNERS, INC.                                           DEFENDANTS

## BAPTIST HEALTH DEFENDANTS' BILL OF COSTS

Pursuant to 28 U.S.C. § 1920 and Federal Rule of Civil Procedure 54, defendants

Baptist Health and Baptist Medical System HMO, Inc. (referred to collectively as "Baptist

Health") respectfully submit the attached bill of costs and affidavit of Gordon S. Rather, Jr. in

support of the same.

John J. Miles
William E. Berlin
Christi J. Braun
OBER, KALER, GRIMES & SHRIVER
1401 H Street, N.W., Suite 500
Washington, D.C. 20005
(202) 408-8400
FAX: (202) 408-0640

and

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442


By _____
Gordon S. Rather, Jr. (68054)
Judy Simmons Henry (84069)
Troy A. Price (88010)
Michelle M. Kaemmerling (2001227)

Attorneys for Defendants Baptist Health
and Baptist Medical System HMO, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Jess L. Askew, III
jaskew@williamsanderson.com

William E. Berlin
weberlin@ober.com

Christi J. Braun
cjbraun@ober.com

Benjamin David Brenner
bbrenner@williamsanderson.com

John C. Everett
john@everettfirm.com

Stephen Alexander Hester
shester@williamsanderson.com

Peter G. Kumpe
pkumpe@williamsanderson.com

John J. Miles
jjmiles@ober.com

Janet L. Pulliam
jpulliam@williamsanderson.com

Debra K. Brown
dbrown@shultslaw.com

Steven T. Shults
sshults@shultslaw.com

Mitchell D. Raup
MRaup@MayerBrown.com

Robert E. Bloch
RBloch@MayerBrown.com

Chet A. Roberts
cxroberts@arkbluecross.com

Thomas B. Staley
tstaley@rsmd.com

_____
Gordon S. Rather, Jr.

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Eastern    District of    Arkansas

LITTLE ROCK CARDIOLOGY CLINIC, P.A., DR. BRUCE E. MURPHY and BRUCE E. MURPHY, M.D.P.A.,
DR. SCOTT L. BEAU and SCOTT L. BEAU, M.D.P.A., DR. DAVID C. BAUMAN and DAVID C. BAUMAN,
M.D.P.A., DR. D. ANDREW HENRY and D. ANDREW HENRY, M.D.P.A., DR. DAVID M. MEGO and DAVID M.
MEGO, M.D.P.A., DR. PAULO RIBEIRO and PAULO RIBEIRO, M.D.P.A., DR. WILLIAM A. ROLLEFSON &
WILLIAM A. ROLLEFSON, M.D.P.A. V.

## BILL OF COSTS

BAPTIST HEALTH, ARKANSAS BLUE CROSS AND BLUE SHIELD, USABLE
CORPORATION, BAPTIST MEDICAL SYSTEM HMO, INC., and HMO
PARTNERS, INC.

Case Number: 4-06-cv-1594-JLH

Judgment having been entered in the above entitled action on    8/29/2008    against    Plaintiffs    ,

Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 300.50 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 625,890.25 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL    $ | 626,230.75 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services
for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the
following manner:

☑    Electronic service by e-mail as set forth below and/or.

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:

Name of Attorney:    Gordon S. Rather, Jr., of WRIGHT, LINDSEY & JENNINGS LLP

For:    Baptist Health and Baptist Medical System HMO, Inc.    Date:    9/12/2008

Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court    Deputy Clerk    Date

AO 133     (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
     "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
     "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
     "Entry of the judgment shall not be delayed for the taxing of costs."

BHI/LRCC v.
Exhibit A to Baptist Health Defendants' Bill of Costs

| Exhibit | Category | Subcategory | Date | Description | Amount | Subcategory Total | Category Total | Percentage Claimed (after discount) | Amount Claimed |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Fees for service of summons and subpoena | | 07/11/07 | Service of subpoena duces tecum on Arkansas Heart Hospital | $ 40.00 | | $ 40.00 | 100% | $ 40.00 |
| 2 | Fees of the court reporter for all or any part of the transcript | | 03/04/08 | Karen Baker - fee for one copy of transcript of motions hearing 2/27/08 | $ 36.60 | | | | |
| 3 | | | 08/22/08 | Eugenie Power - fee for original and one copy of transcript of motions hearing 8/6/08 | $ 263.90 | | $ 300.50 | 100% | $ 300.50 |
| 3.1 | Fees for exemplification and copies of papers necessarily obtained for use in the case | Scanning paper documents | 11/01/07 | Innovative Discovery invoice IDS-565 (scanning 168 boxes) | $ 43,035.50 | $ 95,535.20 | | 85% | $ 81,204.92 |
| | | | 11/01/07 | Innovative Discovery invoice IDS-565 (shipping boxes for scanning) | $ 15,268.84 | | | | |
| | | | 11/29/07 | Wize invoice 12-8336 (scanning) paid by BH | $ 3,476.25 | | | | |
| | | | 11/30/07 | Innovative Discovery invoice IDS-569 (scanning 72 boxes) | $ 18,069.30 | | | | |
| | | | 11/30/07 | Innovative Discovery invoice IDS-569 (shipping boxes for scanning) | $ 15,000.00 | | | | |
| | | | 01/14/08 | Innovative Discovery invoice IDS-602 (scanning 3 boxes) | $ 649.08 | | | | |
| | | | 01/14/08 | Innovative Discovery invoice IDS-602 (shipping boxes for scanning) | $ 36.23 | | | | |
| 3.2 | | Reproduction of ESI | 10/15/07 | Innovative Discovery invoice IDF-12 (forensic imaging, evidence collection and required hardware) | $ 14,369.00 | $ 535,006.16 | $ 737,881.49 | 85% | $ 454,755.24 |
| | | | 11/01/07 | Innovative Discovery invoice IDS-565 (hard drive reproduction) | $ 275.00 | | | | |
| | | | 11/01/07 | Innovative Discovery invoice IDS-565 (DVD and CD reproduction) | $ 325.00 | | | | |

EXHIBIT

A

**BHH/RCC v.**
**Exhibit A to Baptist Health Defendants' Bill of Costs**

| Exhibit | Category | Subcategory | Date | Description | Amount | Subcategory Total | Category Total | Percentage Claimed (after discount) | Amount Claimed |
|---|---|---|---|---|---|---|---|---|---|
| | | | 11/01/07 | Innovative Discovery invoice IDF-22 (forensic imaging, evidence collection and required hardware) | $ 31,838.00 | | | | |
| | | | 11/15/07 | Innovative Discovery invoice IDF-23 (forensic imaging of hard drive for collection) | $ 1,034.00 | | | | |
| | | | 11/20/07 | Innovative Discovery invoice IDE-584 (relevant file isolation of EDD and EDD processing) | $ 138,500.00 | | | | |
| | | | 11/30/07 | Innovative Discovery invoice IDS-569 (DVD and CD reproduction) | $ 200.00 | | | | |
| | | | 12/14/07 | Innovative Discovery invoice IDE-665 (relevant file isolation of EDD and EDD processing) | $ 143,430.00 | | | | |
| | | | 12/31/07 | Innovative Discovery invoice IDF-25 (GroupWise and hard drive collection) | $ 6,458.00 | | | | |
| | | | 12/31/07 | Innovative Discovery invoice IDF-26 (network collection) | $ 14,298.00 | | | | |
| | | | 01/14/08 | Innovative Discovery invoice IDS-602 (CD reproduction) | $ 25.00 | | | | |
| | | | 02/14/08 | Innovative Discovery invoice IDE-718 (DVD reproduction) | $ 289.20 | | | | |
| | | | 02/22/08 | Innovative Discovery invoice IDE-724 (DVD reproduction) | $ 235.50 | | | | |
| | | | 02/29/08 | Innovative Discovery invoice IDE-680 (relevant file isolation of EDD and EDD processing) | $ 174,000.00 | | | | |
| | | | 10/15/07 | Innovative Discovery invoice IDF-12 (travel expenses for forensic imaging, evidence collection) | $ 2,696.66 | | | | |
| | | | 11/01/07 | Innovative Discovery invoice IDF-22 (travel expenses for forensic imaging, evidence collection) | $ 3,883.50 | | | | |
| | | | 12/31/07 | Innovative Discovery invoice IDF-25 (travel expenses for GroupWise and hard drive collection) | $ 1,130.23 | | | | |

**BHI/LRCC v. ...**
**Exhibit A to Baptist Health Defendants' Bill of Costs**

| Exhibit | Category | Subcategory | Date | Description | Amount | Subcategory Total | Category Total | Percentage Claimed (after discount) | Amount Claimed |
|---|---|---|---|---|---|---|---|---|---|
| 3.3 | | Hosting and management of web-based platform | 12/31/07 | Innovative Discovery invoice IDF-26 (travel expenses for network collection) | $ 2,219.07 | | | | |
| | | | 11/30/07 | Innovative Discovery invoice IDH-010 | $ 7,380.24 | | | | |
| | | | 12/31/07 | Innovative Discovery invoice IDH-13 | $ 12,949.50 | | | | |
| | | | 12/31/07 | Innovative Discovery invoice IDS-589 | $ 350.00 | | | | |
| | | | 01/21/08 | Innovative Discovery invoice IDE-700 | $ 875.00 | | | | |
| | | | 01/31/08 | Innovative Discovery invoice IDE-714 | $ 175.00 | | | | |
| | | | 01/31/08 | Innovative Discovery invoice IDH-17 | $ 9,709.89 | | | | |
| | | | 02/29/08 | Innovative Discovery invoice IDH-21 | $ 10,407.71 | | | | |
| | | | 03/31/08 | Innovative Discovery invoice IDH-26 | $ 11,212.99 | | | | |
| | | | 04/30/08 | Innovative Discovery invoice IDH-32 | $ 11,212.99 | | | | |
| | | | 05/31/08 | Innovative Discovery invoice IDH-37 | $ 10,527.55 | | | | |
| | | | 06/30/08 | Innovative Discovery invoice IDH-43 | $ 10,217.54 | | | | |
| | | | 07/31/08 | Innovative Discovery invoice IDH-44 | $ 8,654.80 | | | | |
| | | | 08/31/08 | Innovative Discovery invoice IDH-53 | $ 9,693.38 | $ 103,366.59 | $ 87,861.60 | 85% | $ 87,861.60 |
| 3.4 | | CD-ROMs for production | 01/21/08 | Innovative Discovery invoice IDE-700 (CD reproduction - 3rd production) | $ 125.00 | | | | |
| | | | 01/21/08 | Innovative Discovery invoice IDE-700 (shipping charge for CDs of 3rd production) | $ 38.45 | $ 163.45 | | 100% | $ 163.45 |
| | | Paper copies | | WLJ | | | | | |
| | | | Jan-07 | WLJ In-house | $ 21.75 | | | | |
| | | | Mar-07 | WLJ In-house | $ 119.55 | | | | |
| | | | Apr-07 | WLJ In-house | $ 1.80 | $ 3,810.09 | $ 3,810.09 | 50% | $ 1,905.05 |

**BHI/RCC v.**
**Exhibit A to Baptist Health Defendants' Bill of Costs**

| Exhibit | Category | Subcategory | Date | Description | Amount | Subcategory Total | Category Total | Percentage Claimed (after discount) | Amount Claimed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | May-07 WLJ in-house | $ 0.30 | | | | |
| | | | | Jun-07 WLJ in-house | $ 177.30 | | | | |
| | | | | Jul-07 WLJ in-house | $ 1.80 | | | | |
| | | | | Aug-07 WLJ in-house | $ 83.55 | | | | |
| | | | | Sep-07 WLJ in-house | $ 85.20 | | | | |
| | | | | Oct-07 WLJ in-house | $ 12.15 | | | | |
| | | | | Nov-07 WLJ in-house | $ 395.25 | | | | |
| | | | | Dec-07 WLJ in-house | $ 52.20 | | | | |
| | | | | Jan-08 WLJ in-house | $ 112.65 | | | | |
| | | | | Feb-08 WLJ in-house | $ 496.65 | | | | |
| | | | | Mar-08 WLJ in-house | $ 214.55 | | | | |
| | | | | Apr-08 WLJ in-house | $ 63.25 | | | | |
| | | | | May-08 WLJ in-house | $ 4.20 | | | | |
| | | | | Jul-08 WLJ in-house | $ 1.50 | | | | |
| | | | | Aug-08 WLJ in-house | $ 262.65 | | | | |
| | | Paper copies | | | | | | | |
| | | Ober Kaler | | | | | | | |
| | | | | Dec-06 Ober Kaler in-house | $ 1.90 | | | | |
| | | | | Jan-07 Ober Kaler in-house | $ 9.00 | | | | |
| | | | | Feb-07 Ober Kaler in-house | $ 73.60 | | | | |
| | | | | Apr-07 Ober Kaler in-house | $ 194.90 | | | | |
| | | | | May-07 Ober Kaler in-house | $ 19.89 | | | | |
| | | | | Jun-07 Ober Kaler in-house | $ 11.30 | | | | |
| | | | | Jul-07 Ober Kaler in-house | $ 3.00 | | | | |
| | | | | Aug-07 Ober Kaler in-house | $ 7.80 | | | | |
| | | | | Sep-07 Ober Kaler in-house | $ 1.71 | | | | |
| | | | | Oct-07 Ober Kaler in-house | $ 41.00 | | | | |
| | | | | Nov-07 Ober Kaler in-house | $ 31.70 | | | | |
| | | | | Dec-07 Ober Kaler in-house | $ 40.00 | | | | |
| | | | | Jan-08 Ober Kaler in-house | $ 818.10 | | | | |
| | | | | Feb-08 Ober Kaler in-house | $ 75.10 | | | | |
| | | | | Mar-08 Ober Kaler in-house | $ 60.00 | | | | |
| | | | | Apr-08 Ober Kaler in-house | $ 124.60 | | | | |
| | | | | May-08 Ober Kaler in-house | $ 41.90 | | | | |
| | | | | Jun-08 Ober Kaler in-house | $ 8.39 | | | | |
| | | | | Jul-08 Ober Kaler in-house | $ 127.30 | | | | |
| | | | | Aug-08 Ober Kaler in-house | $ 12.60 | | | | |
| **TOTALS** | | | | | | | **$738,221.99** | | **$ 626,230.75** |

# Davis Process Service L.L.C.

**1524 S. Main Street**
**Little Rock, AR 72202**
**501-376-8379   FAX 501-376-8479**

WRIGHT, LINDSEY & JENNINGS LLP                                          Client No:
GORDON S. RATHER, JR.
200 WEST CAPITOL AVENUE
SUITE 2300
LITTLE ROCK AR 72201

Wednesday, July 11, 2007

Invoice #: 63597

**U. S. District Court - Eastern District Of Ar Case Number: 4-06-CV-1594-JLH**

**LITTLE ROCK CARDIOLOGY CLINIC, P.A., ET AL VS. BAPTIST HEALTH VS. MEDCATH**
**SERVED: KAREN MOORE ON 7/12/2007**

|  |  |
|---|---|
| Process Serving Fee: | $40.00 |
| Other fees: | $0.00 |
|  | **$40.00** |

EXHIBIT

A-1





| Location | Acct # | Check # | Amount | Paid Date | Sequence | Customer Data |
|----------|--------|---------|--------|-----------|----------|---------------|
| CD | 580100063576 | 225508 | $36.60 | 3/17/2008 | 392248972 | |
| R/T Number | CD VolID/CIMS Key | CD Label | | Payee Name | | |
| 8151789 | 08040200155401 | 08040200155401 | | | | |

| EndrsmtID | EndrsmtOrd | EndrsmtSeq | EndrsmtRT | EndrsmtDate | BOFD | Trunc | EndrsmtBankName |
|-----------|-----------|------------|-----------|-------------|------|-------|-----------------|
| 343 | 2 | 392248972 | 0 | 3/17/2008 | False | False | BANK OF AMERICA, NA |
| 367 | 1 | 6112410534 | 0 | 3/17/2008 | False | True | WACHOVIA BANK, NA |

EXHIBIT

A-2

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

INVOICE NO: 20080089

**MAKE CHECKS PAYABLE TO:**

Gordon S. Rather, Jr.
Wright, Lindsey & Jennings
200 West Capitol Avenue
Suite 2200
Little Rock, AR 72201

Phone: (501) 212-1267

grather@wlj.com

Eugenie M. Power, RMR, CRR
United States Court Reporter
500 West Capitol Avenue
Suite C-411
Little Rock, AR 72201

Phone: (501) 604-5115

geniepower@swbell.net

| CRIMINAL | [X] CIVIL | DATE ORDERED: 08-06-2008 | DATE DELIVERED: 08-22-2008 |
|---|---|---|---|

**Case Style:** 4:06CV01594 JLH, Little Rock Cardiology Clinic v Baptist Health, et al
Original and one transcript (courtesy copy filed electronically with clerk) of motions hearing held on 8/6/08 in above-styled case.  Invoice total split between parties.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 58 | 3.65 | 211.70 | 58 | 0.90 | 52.20 | | | | 263.90 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 263.90 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:          Amt: | TOTAL DUE: | $263.90 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 08-21-2008 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*



*innovative discovery*

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/1/2007 | IDS-565 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

**Bill To:**

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Tiara King | Baptist Health | 30 Days | AO | 10/26/2007 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Scanning | 172,142 | 168 Boxes, Scan 1 Time. | 0.25 | 43,035.50T |
| Hard drives | 1 | BH001 & BH002 | 275.00 | 275.00T |
| DVD Reproduction | 6 | BH003, BH004, BH005, BH007, BH008 & BH009 | 50.00 | 300.00T |
| CD Reproduction | 1 | BH006 | 25.00 | 25.00T |
| Shipping | 1 | Shipping Boxes to & from Little Rock, AR | 15,268.84 | 15,268.84T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

**EXHIBIT**

**A-3.1**

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $58,904.34 |
|-----------|------------|

# ivize

innovative | insightful | informative

**IVIZE of Little Rock, LLC** • Phone: (501) 376-8000
Fed. Tax ID: 20-5720417

REMIT
PAYMENT TO:

IVIZE of Little Rock, LLC
c/o IVIZE, LLC
200 South Tryon Street, Suite 10
Charlotte, NC 28202



**PLEASE PAY FROM THIS INVOICE**

INVOICE NO:  12-8336

DATE:        11/29/2007

SOLD TO:

Baptist Health Financial Services
9601 Interstate 630, Exit 7
Little Rock, AR 72205-7299

ORDERED BY:  Allen F. Smith

| CUSTOMER | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON |
|---|---|---|---|
| Baptist Health Financial | Medical Records Scanning | NET 15 | BH |

| QUANTITY | ITEM | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 23,175 | B&W Grade ... | Grade C (medium litigation) black & white scanning | 0.15 | 3,476.25T |
| 23,175 | Electronic Bat... | Electronic bates labeling | 0.02 | 463.50T |
| 54 | Custom Coding | Custom coding (per field and document) | 0.50 | 27.00T |

PER TIARA KING @ WRIGHT, LINDSEY & JENNINGS

| | |
|---|---|
| **Subtotal:** | $3,966.75 |
| **Sales Tax:** | $0.00 |
| **Total** | $3,966.75 |

 *innovative discovery*

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2007 | IDS-569 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

Bill To:

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Tiara King | Baptist Health | 30 Days | AO | 12/1/2007 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Scanning | 100,385 | 72 Boxes, Scan | 0.18 | 18,069.30T |
| CD Reproduction | 2 | BH013 & 014 | 25.00 | 50.00T |
| DVD Reproduction | 3 | BH010, 011 & 012 | 50.00 | 150.00T |
| Shipping | 1 | | 15,000.00 | 15,000.00T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

## Total

$33,269.30


*innovative*
*discovery*

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/14/2008 | IDS-602 |

**Bill To:**

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|---|---|---|---|---|---|
| Tiara King | Wright Lindsey Jen... | 30 Days | AO | 1/2/2008 | Ober |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Scanning | 3,606 | 3 Boxes: Scan | 0.18 | 649.08T |
| CD Reproduction | 1 | BH018 | 25.00 | 25.00T |
| Fedex | 1 | | 36.225 | 36.23T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $710.31 |
|---|---|


*innovative discovery*

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/15/2007 | IDF-12 |

**Bill To:**

Ober, Kaler, Grimes & Shriver
1401 H Street, N.W.
5th Floor
Washington, DC 20005-3324

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| William E Berlin | | 30 Days | AO | 9/20/2007 | FDI-1012-01 |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Forensic Imaging | 24 | 24 Custodians | 500.00 | 12,000.00T |
| Forensic Restoration | 24 | Waived | 0.00 | 0.00T |
| Reporting | 24 | Verification Reports of Custodian Images | 25.00 | 600.00T |
| Evidence Storage | 1 | Up to 1TB | 500.00 | 500.00T |
| Travel | 1 | United - JM - Little Rock and RTN | 621.80 | 621.80 |
| Travel | 1 | United - BH - Little Rock and RTN | 621.80 | 621.80 |
| Metro and Taxi | 1 | Dinner (2) - Hilton Hotel, Little Rock, AR | 38.48 | 38.48T |
| Metro and Taxi | 1 | Lunch - Airport | 57.56 | 57.56T |
| Travel | 2 | Baggage Charge - Equipment | 50.00 | 100.00 |
| Miles | 49 | Airport - JM (48.5/mile) | 0.485 | 23.77T |
| Metro and Taxi | 1 | Dinner (2) - Little Rock, AR | 72.48 | 72.48T |
| Hotel | 1 | Hotel - JM - Hilton Little Rock, AR | 368.74 | 368.74T |
| Hotel | 1 | Hotel - BH - Hilton Little Rock, AR | 368.74 | 368.74T |
| Travel | 1 | Parking - Dulles Airport - JM | 45.00 | 45.00 |
| Hotel | 1 | Rental Car - Little Rock, AR | 178.81 | 178.81T |
| Travel | 2 | Baggage Charge - Equipment | 50.00 | 100.00 |
| Metro and Taxi | 1 | Breakfast (2) - Little Rock Hilton | 18.74 | 18.74T |
| Metro and Taxi | 1 | Lunch (2) - Airport | 18.35 | 18.35T |
| Metro and Taxi | 1 | Dinner - McD | 11.62 | 11.62T |
| Miles | 49 | Airport Return - JM (.485/Mile) | 0.485 | 23.77T |
| Travel | 1 | Parking - Dulles Airport - BH | 27.00 | 27.00 |
| Hard drives | 1 | 1TB Hard Drive for Evidence Collection | 840.00 | 840.00T |
| Hard drives | 1 | 500GB Hard Drive for Evidence Collection | 429.00 | 429.00T |
| | | Sales Tax | 5.75% | 894.13 |

**EXHIBIT**

**A-3.2**

| | **Total** | $17,959.79 |
|---|-----------|------------|


*innovative discovery*

# Invoice

| Date | Invoice # |
|---|---|
| 11/1/2007 | IDS-565 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

| Bill To: |
|---|
| Allen E. Smith<br>Senior V.P. Financial Services<br>Baptist Health<br>9601 Interstate 630  Exit 7<br>Little Rock, AR  72205 |

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|---|---|---|---|---|---|
| Tiara King | Baptist Health | 30 Days | AO | 10/26/2007 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Scanning | 172,142 | 168 Boxes, Scan 1 Time. | 0.25 | 43,035.50T |
| Hard drives | 1 | BH001 & BH002 | 275.00 | 275.00T |
| DVD Reproduction | 6 | BH003, BH004, BH005, BH007, BH008 & BH009 | 50.00 | 300.00T |
| CD Reproduction | 1 | BH006 | 25.00 | 25.00T |
| Shipping | 1 | Shipping Boxes to & from Little Rock, AR | 15,268.84 | 15,268.84T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| Total | $58,904.34 |
|---|---|



*innovative discovery*

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/1/2007 | IDF-22 |

**Bill To:**

Ober, Kaler, Grimes & Shriver
1401 H Street, N.W.
5th Floor
Washington, DC  20005-3324

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| William E. Berlin | | 30 Days | AO | 10/25/2007 | FDI-1012-01 |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Forensic Imaging | 35 | 35 Custodians (Baptist Health & Practice Plus) | 500.00 | 17,500.00T |
| Forensic Restoration | 35 | Forensic Restoration - WAIVED | 0.00 | 0.00T |
| Evidence Storage | 1 | Evidence Storage - 1TB - 2TB | 250.00 | 250.00T |
| Reporting | 35 | Reporting -  Verification Reports of Custodian Images | 25.00 | 875.00T |
| Hard drives | 2 | 1 TB Hard Drive for Evidence Collection | 840.00 | 1,680.00T |
| Hard drives | 2 | 500 GB Hard Drive for Evidence Collection | 429.00 | 858.00T |
| Forensic Collection | 18.5 | Network Forensic Collection - Server Shares (PP & BH) | 350.00 | 6,475.00T |
| Forensic Collection | 12 | Network Forensic Collection - Groupwise E-Mail (PP & BH) | 350.00 | 4,200.00T |
| Travel | 2 | Travel - Fees and Taxes - AMEX - JM BH | 39.00 | 78.00 |
| Travel | 1 | Travel - Airline - BH - Little Rock and RTN | 986.50 | 986.50 |
| Travel | 1 | Travel - Airline - JM - Little Rock and RTN | 1,013.20 | 1,013.20 |
| Metro and Taxi | 1 | Dinner (2) - Little Rock | 68.36 | 68.36T |
| Travel | 1 | Parking - Dulles Airport - BH | 45.00 | 45.00 |
| Hotel | 1 | Per Diem - Hotel - Little Rock | 21.00 | 21.00T |
| Travel | 1 | Hotel - BH - Hampton Inn - Little Rock, AR | 314.44 | 314.44 |
| Travel | 2 | Baggage Charge - Equipment | 50.00 | 100.00 |
| Hotel | 1 | Brkfst - BH - Little Rock | 6.20 | 6.20T |
| Hotel | 1 | Lunch - BH - Little Rock | 4.89 | 4.89T |
| Miles | 23.7 | Mileage - Airport and RTN - BH (.49/mile) | 0.49 | 11.61T |
| Travel | 1 | Taxi to Airport - Little Rock - BH | 32.30 | 32.30 |
| Hotel | 1 | Lunch - Airport | 7.97 | 7.97T |
| Travel | 2 | Baggage Charge - Equipment | 50.00 | 100.00 |
| Hotel | 1 | Hotel - JM - Hampton Inn - Little Rock, AR | 471.66 | 471.66T |
| Travel | 1 | Parking - Dulles Airport - JM | 60.00 | 60.00 |
| Travel | 1 | Rental Car - Little Rock, AR | 314.55 | 314.55 |
| Miles | 97.6 | Mileage - Airport and RTN - JM (.49/mile) | 0.49 | 47.82T |
| | | Sales Tax | 5.75% | 1,867.46 |

Tax ID 11-3756416

Thank you for choosing Innovative Discovery

| **Total** | $37,388.96 |
|-----------|------------|



*innovative discovery*

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/15/2007 | IDF-23 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

**Bill To:**

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Tiara King | Baptist Health | 30 Days | AO | 11/13/2007 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Forensic Imaging | 1 | Forensic Imaging - (1 Custodian Hard drive) | 500.00 | 500.00T |
| Forensic Restoration | 1 | Forensic Restoration - 1 Image | 275.00 | 275.00T |
| Forensic Collection | 1 | Prepared Hard Drive for Collection - Dup Evd Items | 249.00 | 249.00T |
| Shipping | 1 | Shipping - Return Original Hard Drive | 10.00 | 10.00T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | |
|-----------|------|
| | $1,034.00 |

 *innovative discovery*

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/20/2007 | IDE-584 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

**Bill To:**

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| William Berlin | Baptist Health | 30 Days | AO | 11/1/2007 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| EDD | 526.8 | Relevant File Isolation<br>Isolation of file types determined to be potentially responsive to the case via the use or our binary header recognition tool. | 100.00 | 52,680.00T |
| EDD | 122.6 | EDD processing<br>Key word searching/culling, search reporting, de-duplication, text extraction, metadata extraction and delivery in required database format | 700.00 | 85,820.00T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

| | **Total** | |
|---|-----------|---|
| | | $138,500.00 |

 *innovative discovery*

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2007 | IDS-569 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

Bill To:

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Tiara King | Baptist Health | 30 Days | AO | 12/1/2007 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Scanning | 100,385 | 72 Boxes, Scan | 0.18 | 18,069.30T |
| CD Reproduction | 2 | BH013 & 014 | 25.00 | 50.00T |
| DVD Reproduction | 3 | BH010, 011 & 012 | 50.00 | 150.00T |
| Shipping | 1 | | 15,000.00 | 15,000.00T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID 11-3756416
Thank you for choosing Innovative Discovery

| Total | |
|-------|--|
| | $33,269.30 |



*innovative discovery*

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/14/2007 | IDE-665 |

**Bill To:**

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630 Exit 7
Little Rock, AR 72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| William Berlin | Baptist Health | 30 Days | AO | 12/14/2007 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| EDD | 687.4 | Relevant File Isolation<br>Isolation of file types determined to be potentially responsive to the case via the use or our binary header recognition tool. | 100.00 | 68,740.00T |
| EDD | 106.7 | EDD processing<br>Key word searching/culling, search reporting, de-duplication, text extraction, metadata extraction and delivery in required database format | 700.00 | 74,690.00T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID 11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $143,430.00 |


**innovative discovery**

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2007 | IDF-25 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

**Bill To:**

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Tiara King | Baptist Health | 30 Days | AO | 12/13/2007 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Forensic Collection | 8 | GroupWise Data Copy to Offline Storage | 350.00 | 2,800.00T |
| Forensic Imaging | 8 | Imaging of GroupWise Data | 350.00 | 2,800.00T |
| Evidence Storage | 2 | Forensically Prepared Hard Drive for Evidence Storage | 429.00 | 858.00T |
| Travel | 1 | Airfare -  Little Rock, AR and RTN - BH | 742.70 | 742.70 |
| Travel | 1 | Excess Baggage - Delta - BH | 50.00 | 50.00 |
| Travel | 1 | Per Diem - Little Rock, AR - BH | 50.09 | 50.09 |
| Travel | 48 | Airport and Return | 0.49 | 23.52 |
| Travel | 1 | Dulles Airport - BH | 30.00 | 30.00 |
| Travel | 1 | Little Rock,  AR - BH | 54.36 | 54.36 |
| Travel | 1 | Per Diem - Little Rock, AR - BH | 6.78 | 6.78 |
| Travel | 1 | Lodging - Little Rock, AR - BH | 172.78 | 172.78 |
|  |  | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $7,588.23 |
|-----------|-----------|

 *innovative discovery*

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2007 | IDF-26 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

**Bill To:**

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|---|---|---|---|---|---|
| Tiara King | Baptist Health | 30 Days | AO | 12/12/2007 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Forensic Imaging | 8 | Network Collection - BH | 350.00 | 2,800.00T |
| Forensic Imaging | 8 | Network Collection - BH | 350.00 | 2,800.00T |
| Forensic Imaging | 12 | Network Collection - BH | 350.00 | 4,200.00T |
| Forensic Imaging | 8 | Network Collection - BH | 350.00 | 2,800.00T |
| Evidence Storage | 2 | Network Collection - BH | 849.00 | 1,698.00T |
| Travel | 1 | United - BH | 50.00 | 50.00 |
| Travel | 1 | Per Diem - Little Rock | 7.99 | 7.99 |
| Travel | 1 | Per Diem - Little rock, AR - BH | 9.14 | 9.14 |
| Travel | 1 | Per Diem - Little rock, AR - BH | 8.11 | 8.11 |
| Travel | 1 | Per Diem - Little rock, AR - BH | 5.67 | 5.67 |
| Travel | 1 | Car Rental Fuel - Little Rock, AR - BH | 8.59 | 8.59 |
| Travel | 1 | Excess Baggage Charges - United - BH | 50.00 | 50.00 |
| Travel | 1 | Dulles Airport, VA - BH | 90.00 | 90.00 |
| Travel | 1 | Lodging - Little rock, AR - BH | 1,026.85 | 1,026.85 |
| Travel | 1 | Car Rental - Little rock, AR - BH | 256.40 | 256.40 |
| Travel | 1 | Airfare - Little Rock and RTN - BH | 682.80 | 682.80 |
| Travel | 48 | Miles - Airport and Return | 0.49 | 23.52 |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

**Total**     $16,517.07


*innovative*
*discovery*

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/14/2008 | IDS-602 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

| Bill To: |
|----------|
| Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205 |

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Tiara King | Wright Lindsey Jen... | 30 Days | AO | 1/2/2008 | Ober |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Scanning | 3,606 | 3 Boxes: Scan | 0.18 | 649.08T |
| CD Reproduction | 1 | BH018 | 25.00 | 25.00T |
| Fedex | 1 | | 36.225 | 36.23T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID 11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $710.31 |
|-----------|---------|


*innovative discovery*

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/14/2008 | IDE-718 |

**Bill To:**

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Tiara King | Ober-Kaler | 30 Days | AO | 2/1/2008 | WLJ |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| EDD | 83 | Electronic Discovery per GB | | 0.00T |
| DVD Reproduction | 5 | BDEPT003E -BDEPT003T | 50.00 | 250.00T |
| Fedex | 1 | | 39.20 | 39.20T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $289.20 |
|-----------|---------|


*innovative discovery*

# Invoice

| Date | Invoice # |
|---|---|
| 2/22/2008 | IDE-724 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

| Bill To: |
|---|
| Allen E. Smith<br>Senior V.P. Financial Services<br>Baptist Health<br>9601 Interstate 630  Exit 7<br>Little Rock, AR  72205 |

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|---|---|---|---|---|---|
| Tiara King | Ober | 30 Days | AO | 2/1/2008 | WLJ |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| EDD | 13.2 | Electronic Discovery per GB: Multiple Ranges | | 0.00T |
| DVD Reproduction | 3 | BHE009A - BHE010O | 50.00 | 150.00T |
| Fedex | 1 | | 85.50 | 85.50T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | |
|---|---|
| | $235.50 |



*innovative discovery*

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/29/2008 | IDE-680 |

**Bill To:**

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| William Berlin | Baptist Health | 30 Days | AO | 1/2/2008 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| EDD | 935 | Relevant File Isolation<br>Isolation of file types determined to be potentially responsive to the case via the use or our binary header recognition tool. | 100.00 | 93,500.00T |
| EDD | 115 | EDD Processing<br>Key word searching/culling, search reporting, de-duplication, text extraction, metadata extraction and delivery in required database format | 700.00 | 80,500.00T |
| | | File Server, GW Server<br>Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

**Total**   $174,000.00


**innovative discovery**

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2007 | IDH-010 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

| Bill To: |
|---|
| Allen E. Smith<br>Senior V.P. Financial Services<br>Baptist Health<br>9601 Interstate 630  Exit 7<br>Little Rock, AR  72205 |

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|---|---|---|---|---|---|
| Allen E. Smith | Baptist Health | 30 Days | AO | 11/1/2007 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | November Monthly Hosting Fees | | |
| Hosting - USF | 22 | User Set-up Fee (One Time Charge) | 75.00 | 1,650.00T |
| Hosting - UAF | 22 | User Access Fees | 70.00 | 1,540.00T |
| Hosting - GB | 52.3 | Monthly Hosting Fees per GB | 65.00 | 3,399.50T |
| Hosting - S/M | 1 | Support & Maintenance (12% of Storage Fees) | 790.74 | 790.74T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

**EXHIBIT**

**A-3.3**

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $7,380.24 |
|---|---|

 *innovative discovery*

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2007 | IDH-13 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

| Bill To: |
|----------|
| Allen E. Smith<br>Senior V.P. Financial Services<br>Baptist Health<br>9601 Interstate 630  Exit 7<br>Little Rock, AR  72205 |

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Allen E. Smith | Baptist Health | 30 Days | AO | 12/31/2007 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| | | December Monthly Hosting Fees | | |
| Hosting - USF | 21 | User Set-up Fee (One Time Charge) | 75.00 | 1,575.00T |
| Hosting - UAF | 43 | User Access Fees | 70.00 | 3,010.00T |
| Hosting - GB | 32.89 | Data Upload Fee Per GB | 65.00 | 2,137.85T |
| Hosting - GB | 60.49 | Data Storage Fee Per GB | 80.00 | 4,839.20T |
| Hosting - S/M | 1 | Support & Maintenance (12% of Storage Fees) | 1,387.45 | 1,387.45T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $12,949.50 |
|-----------|------------|


*innovative discovery*

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2007 | IDS-589 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

| Bill To: |
|----------|
| Allen E. Smith |
| Senior V.P. Financial Services |
| Baptist Health |
| 9601 Interstate 630  Exit 7 |
| Little Rock, AR  72205 |

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| | | 30 Days | AO | 12/31/2007 | |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Tech Time | 2 | To  Prepare New lfp, dat and  Change Doc Break<br>Out-of-state sale, exempt from sales tax | 175.00<br>0.00% | 350.00T<br>0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $350.00 |
|-----------|---------|



*innovative discovery*

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/21/2008 | IDE-700 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

| Bill To: |
|----------|
| Allen E. Smith<br>Senior V.P. Financial Services<br>Baptist Health<br>9601 Interstate 630  Exit 7<br>Little Rock, AR  72205 |

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Tiara King | Ober-Kaler | 30 Days | AO | 1/16/2008 | WLJ |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Tech Time | 5 | Renumber Old Tiffs, Brand, Sort In Order of Load File Provided By File Control & Change Designations as Needed | 175.00 | 875.00T |
| CD Reproduction | 3 | BHPLAINTIFF001 | 25.00 | 75.00T |
| CD Reproduction | 5 | BHPROD003 | 25.00 | 125.00T |
| Fedex | 1 | | 38.45 | 38.45T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

**Total**    $1,113.45


*innovative discovery*

# Invoice

| Date | Invoice # |
| --- | --- |
| 1/31/2008 | IDE-714 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

| Bill To: |
| --- |
| Allen E. Smith<br>Senior V.P. Financial Services<br>Baptist Health<br>9601 Interstate 630  Exit 7<br>Little Rock, AR  72205 |

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
| --- | --- | --- | --- | --- | --- |
| Tiara King | WLJ | 30 Days | AO | 1/28/2008 | Ober |

| Item | Quantity | Description | Rate | Amount |
| --- | --- | --- | --- | --- |
| Tech Time | 1 | Manually update the doc id and parent id for File Control Data base. | 175.00 | 175.00T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $175.00 |
| --- | --- |

 *innovative discovery*

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2008 | IDH-17 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

Bill To:

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Allen E. Smith | Baptist Health | 30 Days | AO | 1/31/2008 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| | | January Monthly Hosting Fees | | |
| Hosting - USF | 2 | User Set-up Fee (One Time Charge) | 75.00 | 150.00T |
| Hosting - UAF | 45 | User Access Fees | 70.00 | 3,150.00T |
| Hosting - GB | 61.26 | Data Storage Fee Per GB | 80.00 | 4,900.80T |
| Hosting - S/M | 1 | Support & Maintenance (12% of Storage Fees) | 984.09 | 984.09T |
| Tech Time | 3 | To Change Doc Breaks From Previous Delivered Data | 175.00 | 525.00T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

**Total**                                $9,709.89


*innovative discovery*

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/29/2008 | IDH-21 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

**Bill To:**

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Allen E. Smith | Baptist Health | 30 Days | AO | 2/29/2008 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| | | February Monthly Hosting Fees | | |
| Hosting - USF | 1 | User Set-up Fee (One Time Charge) | 75.00 | 75.00T |
| Hosting - UAF | 46 | User Access Fees | 70.00 | 3,220.00T |
| Hosting - GB | 74.97 | Monthly Hosting Fees per GB | 80.00 | 5,997.60T |
| Hosting - S/M | 1 | Support & Maintenance (12% of Storage Fees) | 1,115.11 | 1,115.11T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | | $10,407.71 |


**innovative discovery**

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2008 | IDH-26 |

1700 N. Moore Street
Suite 1050
Arlington, VA 22209
703-875-8003-Office

**Bill To:**

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Allen E. Smith | Baptist Health | 30 Days | AO | 3/31/2008 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| | | March Monthly Hosting Fees | | |
| Hosting - UAF | 37 | User Access Fees | 70.00 | 2,590.00T |
| Hosting - GB | 92.77 | Monthly Hosting Fees per GB | 80.00 | 7,421.60T |
| Hosting - S/M | 1 | Support & Maintenance (12% of Storage Fees) | 1,201.39 | 1,201.39T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $11,212.99 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $11,212.99 |


*innovative*
*discovery*

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2008 | IDH-32 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

**Bill To:**

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Allen E. Smith | Baptist Health | 30 Days | AO | 4/30/2008 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| | | Monthly April Hosting Fees | | |
| Hosting - UAF | 37 | User Access Fees | 70.00 | 2,590.00T |
| Hosting - GB | 92.77 | Monthly Hosting Fees per GB | 80.00 | 7,421.60T |
| Hosting - S/M | 1 | Support & Maintenance (12% of Storage Fees) | 1,201.39 | 1,201.39T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $11,212.99 |
|-----------|-----------|



**innovative discovery**

1700 N. Moore Street
Suite 1050
Arlington, VA 22209
703-875-8003-Office

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/31/2008 | IDH-37 |

Bill To:

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630 Exit 7
Little Rock, AR 72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Allen E. Smith | Baptist Health | 30 Days | AO | 5/31/2008 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| | | Monthly May Hosting Fees | | |
| Hosting - UAF | 26 | User Access Fees | 70.00 | 1,820.00T |
| Hosting - GB | 93.62 | Monthly Hosting Fees per GB | 80.00 | 7,489.60T |
| Hosting - S/M | 1 | Support & Maintenance (12% of Storage Fees) | 1,217.95 | 1,217.95T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $10,527.55 |
|-----------|-----------|
| **Payments/Credits** | $-10,527.55 |
| **Balance Due** | $0.00 |


*innovative discovery*

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/30/2008 | IDH-43 |

1700 N. Moore Street
Suite 1050
Arlington, VA 22209
703-875-8003-Office

| Bill To: |
|----------|
| Allen E. Smith<br>Senior V.P. Financial Services<br>Baptist Health<br>9601 Interstate 630  Exit 7<br>Little Rock, AR  72205 |

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Allen E. Smith | Baptist Health | 30 Days | AO | 6/30/2008 | Baptist Health |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| | | Monthly June Hosting Fees | | |
| Hosting - UAF | 25 | User Access Fees | 70.00 | 1,750.00T |
| Hosting - GB | 92.16 | Monthly Hosting Fees per GB | 80.00 | 7,372.80T |
| Hosting - S/M | 1 | Support & Maintenance (12% of Storage Fees) | 1,094.74 | 1,094.74T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $10,217.54 |
|-----------|------------|
| **Payments/Credits** | $-10,217.54 |
| **Balance Due** | $0.00 |

 *innovative discovery*

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2008 | IDH-44 |

1700 N. Moore Street
Suite 1050
Arlington, VA 22209
703-875-8003-Office

**Bill To:**

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630 Exit 7
Little Rock, AR 72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Allen Smith | Ober Kaler | 30 Days | AO | 7/1/2008 | WLJ |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
|  |  | Monthly July Hosting Fees |  |  |
| Hosting - UAF | 25 | User Access Fees | 70.00 | 1,750.00T |
| Hosting - GB | 86.31 | Monthly Hosting Fees per GB | 80.00 | 6,904.80T |
| Hosting | 2.5 | Database Searching | 0.00 | 0.00T |
| Hosting - S/M | 1 | Support & Maintenance (12% of Storage Fees) | 0.00 | 0.00T |
|  |  | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $8,654.80 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,654.80 |


**innovative discovery**

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2008 | IDH-53 |

1700 N. Moore Street
Suite 1050
Arlington, VA 22209
703-875-8003-Office

| Bill To: |
|----------|
| Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205 |

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Allen Smith | Ober Kaler | 30 Days | AO | 8/31/2008 | WLJ |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| | | Monthly August Hosting Fees | | |
| Hosting - UAF | 25 | User Access Fees | 70.00 | 1,750.00T |
| Hosting - GB | 86.31 | Monthly Hosting Fees per GB | 80.00 | 6,904.80T |
| Hosting - S/M | 1 | Support & Maintenance (12% of Storage Fees) | 1,038.58 | 1,038.58T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

| **Total** | $9,693.38 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,693.38 |


**innovative discovery**

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/21/2008 | IDE-700 |

1700 North Moore Street
Suite 1050
Arlington, VA 22209
703.875.8003 - Office

**Bill To:**

Allen E. Smith
Senior V.P. Financial Services
Baptist Health
9601 Interstate 630  Exit 7
Little Rock, AR  72205

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Tiara King | Ober-Kaler | 30 Days | AO | 1/16/2008 | WLJ |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Tech Time | 5 | Renumber Old Tiffs, Brand, Sort In Order of Load File Provided By File Control & Change Designations as Needed | 175.00 | 875.00T |
| CD Reproduction | 3 | BHPLAINTIFF001 | 25.00 | 75.00T |
| CD Reproduction | 5 | BHPROD003 | 25.00 | 125.00T |
| Fedex | 1 | | 38.45 | 38.45T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Tax ID  11-3756416
Thank you for choosing Innovative Discovery

**Total**   $1,113.45

EXHIBIT

A-3.4

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK CARDIOLOGY CLINIC, P.A.,
DR. BRUCE E. MURPHY and BRUCE E. MURPHY, M.D.P.A.,
DR. SCOTT L. BEAU and SCOTT L. BEAU, M.D.P.A.,
DR. DAVID C. BAUMAN and DAVID C. BAUMAN, M.D.P.A.,
DR. D. ANDREW HENRY and D. ANDREW HENRY, M.D.P.A.,
DR. DAVID M. MEGO and DAVID M. MEGO, M.D.P.A.,
DR. PAULO RIBEIRO and PAULO RIBEIRO, M.D.P.A., and
DR. WILLIAM A. ROLLEFSON and
WILLIAM A. ROLLEFSON, M.D.P.A.                                          PLAINTIFFS

vs.                              No. 4-06-cv-1594-JLH

BAPTIST HEALTH, ARKANSAS BLUE CROSS
AND BLUE SHIELD, USABLE CORPORATION,
BAPTIST MEDICAL SYSTEM HMO, INC.,
and HMO PARTNERS, INC.                                                  DEFENDANTS

<u>AFFIDAVIT OF GORDON S. RATHER, JR. IN SUPPORT
OF THE BILL OF COSTS FILED BY BAPTIST HEALTH DEFENDANTS</u>

I, Gordon S. Rather, Jr., hereby declare as follows:

1.  I represent defendants Baptist Health and Baptist Medical System HMO, Inc.

(referred to collectively as "Baptist Health") in the above-captioned case, and submit this

affidavit in support of Baptist Health's bill of costs.

2.  On August 29, 2008, this Court entered an order dismissing plaintiffs' third

amended complaint for failure to state facts upon which relief can be granted, and entered

judgment dismissing plaintiffs' claims with prejudice.

3.  I have reviewed each item claimed in Baptist Health's bill of costs and have

determined that each is correct and was actually and necessarily incurred by Baptist Health in

defense of this action. The total amount of costs claimed by Baptist Health is $626,230.75 and this amount is itemized in Exhibit A, which is attached to the bill of costs.

_____
Gordon S. Rather, Jr.

STATE OF ARKANSAS

COUNTY OF PULASKI

Subscribed and sworn to before me this 12th day of September 2008.

_____
Notary Public



Commission expires: _____