IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK CARDIOLOGY CLINIC, P.A.,
DR. BRUCE E. MURPHY and BRUCE E. MURPHY, M.D.P.A.,
DR. SCOTT L. BEAU and SCOTT L. BEAU, M.D.P.A.,
DR. DAVID C. BAUMAN and DAVID C. BAUMAN, M.D.P.A.,
DR. D. ANDREW HENRY and D. ANDREW HENRY, M.D.P.A.,
DR. DAVID M. MEGO and DAVID M. MEGO, M.D.P.A.,
DR. PAULO RIBEIRO and PAULO RIBEIRO, M.D.P.A., and
DR. WILLIAM A. ROLLEFSON and
WILLIAM A. ROLLEFSON, M.D.P.A.                                              PLAINTIFFS

vs.                                  No. 4-06-cv-1594-JLH

BAPTIST HEALTH, ARKANSAS BLUE CROSS
AND BLUE SHIELD, USABLE CORPORATION,
BAPTIST MEDICAL SYSTEM HMO, INC.,
and HMO PARTNERS, INC.                                                      DEFENDANTS

### BAPTIST HEALTH DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY TO BAPTIST HEALTH'S REPLY IN SUPPORT OF BILL OF COSTS

Defendants Baptist Health and Baptist Medical System HMO, Inc., (referred to collectively as "Baptist Health"), in opposition to Plaintiffs' Motion for Leave to File a Sur-reply to Baptist Health's Reply in Support of Its Bill of Costs, state:

1. Contrary to plaintiffs' claims in their motion, Baptist Health's Reply Brief did not present new arguments or new matters. Instead, Baptist Health simply and properly responded to the arguments, authority, and factual assertions raised by plaintiffs in their Objections to Baptist Health's Bills of Costs. Similarly, the exhibits attached to Baptist Health's Reply Brief, consisting of two unpublished opinions by Judge Moody and one by the Eighth Circuit Court of Appeals in the *Concord Boat Corp. v. Brunswick Corp.* litigation, and

789058-v1

a supplemental affidavit by Baptist Health's ESI vendor, responded to issues raised by plaintiffs in their Objections, including specific questions and requests for additional information raised by plaintiffs' new ESI consultant (whose affidavit was attached to plaintiffs' Objections).

2. In addition, plaintiffs, not Baptist Health, first raised arguments in their Objections concerning the ESI Order entered in this case and its purported application to the issues presented by the Bill of Costs. Baptist Health merely responded to those arguments in its Reply Brief.

3. Plaintiffs' claimed need to correct the errors they made in citing certain authorities, as pointed out in Baptist Health's Reply Brief, does not justify permitting a sur-reply. The correct reading of these authorities is apparent from reading the cases and commentary.

4. Plaintiffs have advanced no reason to depart from the usual procedure whereby the movant, here Baptist Health, submits the final brief, or to add another new round of sur-reply briefing to the already-fulsome briefing and documentation supporting Baptist Health's Bill of Costs. If, however, the Court grants plaintiffs' motion, Baptist Health respectfully requests that the Court permit Baptist Health to reply to the arguments and claims made in plaintiffs' Sur-reply.

WHEREFORE, defendants Baptist Health and Baptist Medical System HMO, Inc., respectfully request relief consistent with this Opposition to Plaintiffs' Motion for Leave to File a Sur-reply to Baptist Health's Reply in Support of Its Bill of Costs.

John J. Miles
William E. Berlin
Christi J. Braun
OBER, KALER, GRIMES & SHRIVER
1401 H Street, N.W., Suite 500
Washington, D.C. 20005
(202) 408-8400
FAX: (202) 408-0640

and

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442

By _____[signature: Judy S. Henry]_____
Gordon S. Rather, Jr. (68054)
Judy Simmons Henry (84069)
Troy A. Price (88010)
Michelle M. Kaemmerling (2001227)

Attorneys for Defendants Baptist Health
and Baptist Medical System HMO, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Jess L. Askew, III
jaskew@williamsanderson.com

William E. Berlin
weberlin@ober.com

Christi J. Braun
cjbraun@ober.com

Benjamin David Brenner
bbrenner@williamsanderson.com

John C. Everett
john@everettfirm.com

Stephen Alexander Hester
shester@williamsanderson.com

Peter G. Kumpe
pkumpe@williamsanderson.com

John J. Miles
jjmiles@ober.com

Janet L. Pulliam
jpulliam@williamsanderson.com

Debra K. Brown
dbrown@shultslaw.com

Steven T. Shults
sshults@shultslaw.com

Mitchell D. Raup
MRaup@MayerBrown.com

Robert E. Bloch
RBloch@MayerBrown.com

Chet A. Roberts
cxroberts@arkbluecross.com

Thomas B. Staley
tstaley@rsmd.com

_____
Judy Simmons Henry