**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LITTLE ROCK CARDIOLOGY CLINIC, P.A., *et al.*                          PLAINTIFFS

v.                                        NO. 4:06CV01594 JLH

BAPTIST HEALTH; ARKANSAS BLUE
CROSS AND BLUE SHIELD; USABLE
CORPORATION; BAPTIST MEDICAL
SYSTEM HMO, INC.; and HMO PARTNERS, INC.                          DEFENDANTS

**JUDGMENT FOR COSTS**

Pursuant to the Opinion and Order entered separately today, judgment for costs recoverable

under Rule 54(d)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920 is entered in favor

of Baptist Health against the plaintiffs, jointly and severally, in the amount of $1,941.65, with post-

judgment interest to accrue at the rate of 0.70% per annum, for all of which garnishment and

execution may issue.

IT IS SO ORDERED this 19th day of March, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE