```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT016458
Cashier ID: hmrobi
Transaction Date: 04/07/2009
Payer Name: WRIGHT LINDSEY JENNINGS

NOTICE OF APPEAL/DOCKETING FEE
 For: WRIGHT LINDSEY JENNINGS
 Case/Party: D-ARE-4-06-V0-001594-001
 Amount:         $455.00

CHECK
 Check/Money Order Num: 231875
 Amt Tendered: $455.00

Total Due:       $455.00
Total Tendered: $455.00
Change Amt:       $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45 fee will
be charged for a returned check."
```