**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LITTLE ROCK CARDIOLOGY CLINIC, P.A., *et al.*                    PLAINTIFFS

v.                              No. 4:06CV01594 JLH

BAPTIST HEALTH; ARKANSAS BLUE
CROSS AND BLUE SHIELD;
USABLE CORPORATION; BAPTIST MEDICAL
SYSTEM HMO, INC.; and HMO PARTNERS, INC.                    DEFENDANTS

<u>**ORDER**</u>

On March 19, 2009, the Court entered a judgment for costs in favor of Baptist Health in the

amount of $1,941.65, with post-judgment interest to accrue at the rate of 0.70 percent per annum.

Baptist Health filed a notice of appeal.  The plaintiffs filed a motion to deposit funds into the registry

of the Court, which the Court granted by order entered on April 16, 2009, directing the Clerk to

accept funds from the plaintiffs in the amount of $1,941.65 for deposit into the Court's registry and

for investment in an interest-bearing instrument.  It has come to the Court's attention that those funds

remain in the registry of the Court.  The Court directs the Clerk to issue a check to Baptist Health

in the amount of $1,941.65 plus accrued interest.  The Court orders the Clerk to mail the check to

Gordon S. Rather, Jr., as counsel for Baptist Health.

IT IS SO ORDERED this 12th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE